IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01741-EWN-BNB

BEVERLY J. WOOD,

Plaintiff,

v.

KEVAN D. NORTHUP,
REBEKAH NORTHUP,
LEBARON PROPERTIES LLC d/b/a LEBARON PROPERTIES GROUP,
PLAINS PERFORMANCE DENTISTRY P.C.,
PLAINS PERFORMANCE LEASING, LLC, and
DR. BRUCE LEE,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

　　　This matter is before the Court on the **Plaintiff's Unopposed Motion to Vacate Settlement Conference Scheduled for February 9, 2006, and D.C.COLO.LCivR 7.1(A) Certification** (the "Motion"), filed on January 27, 2006.

　　　IT IS ORDERED that the Motion is GRANTED and the Settlement Conference set for February 9, 2006, is **VACATED**.

DATED:  January 27, 2006