IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-01741-EWN-BNB

BEVERLY J. WOOD,

Plaintiff,

v.

KEVAN D. NORTHUP,
REBEKAH NORTHUP,
LEBARON PROPERTIES LLC d/b/a LEBARON PROPERTIES GROUP,
PLAINS PERFORMANCE DENTISTRY P.C.,
PLAINS PERFORMANCE LEASING, LLC, and
DR. BRUCE LEE,

Defendants.
_____

**ORDER**
_____

This matter is before me on **Plaintiff's Unopposed Motion to Vacate Preliminary Pre-Trial Conference Because of the Existence of an Automatic Stay and D.C.COLO.LCivR 7.1(A) Certificate** [Doc. # 46, filed 2/17/06] (the "Motion").  Good cause having been shown:

IT IS ORDERED that the Motion is GRANTED.  The preliminary pretrial conference set for March 2, 2006, is VACATED.

IT IS FURTHER ORDERED that the plaintiff shall file a status report on or before **March 15, 2006**, concerning the status of the bankruptcy case and providing suggestions for further scheduling of this case.

Dated February 21, 2006.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge