IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-01741-EWN-BNB

BEVERLY J. WOOD,

Plaintiff,

v.

KEVAN D. NORTHUP,
REBEKAH NORTHUP,
LEBARON PROPERTIES LLC d/b/a LEBARON PROPERTIES GROUP,
PLAINS PERFORMANCE DENTISTRY P.C.,
PLAINS PERFORMANCE LEASING, LLC, and
DR. BRUCE LEE,

Defendants.
_____

**ORDER**
_____

Upon review of the plaintiff's status report [Doc. # 53, filed 3/15/06],

IT IS ORDERED that the plaintiff shall file a status report on or before **April 28, 2006**,

concerning the status of the related bankruptcy case.

Dated March 15, 2006.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge