IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-01741-EWN-BNB

BEVERLY J. WOOD,

Plaintiff,

v.

KEVAN D. NORTHUP,
REBEKAH NORTHUP,
LEBARON PROPERTIES LLC d/b/a LEBARON PROPERTIES GROUP,
PLAINS PERFORMANCE DENTISTRY P.C.,
PLAINS PERFORMANCE LEASING, LLC, and
DR. BRUCE LEE,

Defendants.
_____

# ORDER
_____

The parties appeared this morning for a status conference.  Consistent with matters discussed at the status conference:

IT IS ORDERED that the case schedule is modified to the following extent:

**Fact Discovery Cut-Off:**          **March 23, 2007**

**Expert Discovery Cut-Off:**        **May 11, 2007**

(All discovery must be **completed** by the discovery cut-off.  All written discovery must be served so that responses are due on or before the discovery cut-off.)

**Expert Disclosures:**

**(a)**  The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **April 13, 2007**

**(b)**  The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **April 28, 2007**

(This Scheduling Order requires Rule 26(a)(2)(B) reports from any person who will provide expert testimony--including, for example, a treating physician--except that a treating physician's report need not contain a recitation of compensation paid to the physician or a list of other cases in which the physician has given testimony.  See Fed. R. Civ. P. 26(a)(2) advisory committee's note ("requirement of written report may be . . . imposed upon additional persons who will provide opinions under Rule 702").)

**Preliminary Pretrial Conference:**   A preliminary pretrial conference will be held in this case on **March 12, 2007, at 8:30 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.  A Preliminary Pretrial Order shall be prepared by the parties and submitted to the court no later than **March 5, 2007**.

Dated November 9, 2006.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge