IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-01741-EWN-BNB

BEVERLY J. WOOD,

Plaintiff,

v.

KEVAN D. NORTHUP,
REBEKAH NORTHUP,
LEBARON PROPERTIES LLC d/b/a LEBARON PROPERTIES GROUP,
PLAINS PERFORMANCE DENTISTRY P.C.,
PLAINS PERFORMANCE LEASING, LLC, and
DR. BRUCE LEE,

Defendants.
_____

**ORDER**
_____

I am informed that this case has been resolved. Accordingly,

IT IS ORDERED that on or before **February 1, 2008**, the parties shall file any papers necessary to effectuate the settlement.

Dated January 18, 2008.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge