IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01741-EWN-BNB

Beverly J. Wood,

    Plaintiff,

vs.

Kevan D. Northup;
Rebekah Northup;
LeBaron Properties LLC d/b/a LeBaron Properties Group;
Plains Performance Dentistry P.C.;
Plains Performance Leasing, LLC; and
Dr. Bruce Lee,

    Defendants.

_____

ORDER GRANTING JOINT MOTION TO ADMINISTRAIVELY CLOSE CASE BECAUSE OF SETTLEMENT, AS CONTEMPLATED BY SETTLEMENT AGREEMENT, AND DIRECTING THE CLERK TO
ADMINISTRATIVELY CLOSE THIS CASE, AND VACATING THE TRIAL DATE
_____

The Court, having reviewed the <u>Joint Motion to Administratively Close Case Because of Settlement, as Contemplated By Settlement Agreement – and – Joint Motion to Vacate Trial Date</u>, filed January 30, 2008, finds good cause to grant the motion. Pursuant to D.C.COLO.LCivR 41.2, the Court orders as follows:

    1.    The Clerk is directed to administratively close this case, subject to reopening for good cause, including (1) entry of the stipulated judgment contemplated by the settlement, upon an uncured material breach, (2) to dismiss claims against any of the defendants, or (3) to dismiss this case, on the event of full performance of the settlement; and

2.   The trial set to begin February 4, 2008, is vacated.

Done and So Ordered this 1st day of February, 2008.

>By the Court:
>
>s/ Edward W. Nottingham
>Chief United States District Judge

#1307861 v1